UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DRAPER & GOLDBERG, PLLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF CONSENT TO REMOVAL**

PLEASE TAKE NOTICE that Defendant Alex Cooper Auctioneers, Inc., by the undersigned counsel, hereby consents to the removal to this Court of the action now pending in the Superior Court of the District of Columbia captioned as John Cadet, et al. v. Draper & Goldberg, PLLC, et al., Civil Action Number 05-006858 RP.  Alex Cooper Auctioneers, Inc. join defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc. in the Notice of Removal filed in this Court.

Respectfully submitted,

_____
Diane Rosenberg, D.C. Bar No. 435271
Mark D. Meyer, D.C. Bar No. 475552
Rosenberg & Associates, LLC
7910 Woodmont Avenue
Bethesda, MD  20914
(301) 907-8000

Attorney for Defendant
Alex Cooper Auctioneers, Inc.

Dated: October 27, 2005

LDR/159498.1

## CERTIFICATE OF SERVICE

I certify that I have this 27th day of October, 2005, caused the foregoing Notice of Consent to Removal to be served by mail, first class, postage prepaid, upon:

>John Cadet
>3816 4th Street, N.W.
>Washington, DC 20011
>
>Yves Cadet
>3816 4th Street, N.W.
>Washington, DC 20011
>
>Gary C. Tepper
>ARENT FOX PLLC
>1050 Connecticut Avenue, N.W.
>Washington, DC 20036-5339
>
>L. Darren Goldberg
>Rita Ting Hopper
>David McPherson
>DRAPER & GOLDBERG, PLLC
>803 Sycolin Road, Suite 301
>Leesburg, VA 20175

_____

LDR/159498.1