UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CADET, et al.,             )
                                )
              Plaintiffs,       )
                                )
       v.                       )    Civil Action No.
                                )
DRAPER & GOLDBERG, PLLC, et al.,)
                                )
              Defendants.       )

## NOTICE OF CONSENT TO REMOVAL

PLEASE TAKE NOTICE that Defendants Draper & Goldberg, PLLC, David W. Draper, Jr. and L. Darren Goldberg, by the undersigned counsel, hereby consent to the removal to this Court of the action now pending in the Superior Court of the District of Columbia captioned as John Cadet, et al. v. Draper & Goldberg, PLLC, et al., Civil Action Number 05-006858 RP. Draper & Goldberg, PLLC, David W. Draper, Jr. and L. Darren Goldberg join defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc. in the Notice of Removal filed in this Court.

Respectfully submitted,

_____
L. Darren Goldberg (D.C. Bar # 450336)
James E. Clarke (D.C. Bar # 460826)
Rita Ting-Hopper (D.C. Bar # 481136)
DRAPER & GOLDBERG PLLC
803 Sycolin Road, Third Floor
Leesburg, Virginia 20175
(703) 777-7101 Ext. 246

Attorney for Defendants
Draper & Goldberg, PLLC, David W. Draper, Jr. and L. Darren Goldberg

LDR/159497.1

Dated: October 27, 2005

LDR/159497.1

## CERTIFICATE OF SERVICE

I certify that I have this 27th day of October, 2005, caused the foregoing Notice of Consent to Removal to be served by mail, first class, postage prepaid, upon:

>John Cadet
>3816 4th Street, N.W.
>Washington, DC 20011
>
>Yves Cadet
>3816 4th Street, N.W.
>Washington, DC 20011
>
>Diane Rosenberg
>Mark D. Meyer
>ROSENBERG & ASSOCIATES, LLC
>7910 Woodmont Avenue
>Bethesda, MD 20914
>
>Gary C. Tepper
>ARENT FOX PLLC
>1050 Connecticut Avenue, N.W.
>Washington, DC 20036-5339

_[signature]_

LDR/159497.1