CO-386-online
10/03

# United States District Court
# For the District of Columbia

John Cadet, et al., )
)
)
)
vs        Plaintiff )    Civil Action No._____
)
)
Draper & Goldberg, PLLC, et al., )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Wells Fargo Bank, N.A. and G.E. Capital Mortgage Services, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Wells Fargo Bank, N.A. and G.E. Capital Mortgage Services, Inc.__ which have any outstanding securities in the hands of the public:

Wells Fargo & Co. and General Electric Co.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Gary C. Tepper_
Signature

348698
BAR IDENTIFICATION NO.

Gary C. Tepper
Print Name

1050 Connecticut Avenue, N.W.
Address

Washington, DC  20036
City           State           Zip Code

(202) 857-8982
Phone Number