UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CADET, et al.,            )
                               )
         Plaintiffs,           )
                               )
    v.                         )   Civil Action No. 105cv02105
                               )
DRAPER & GOLDBERG, PLLC, et al.,)
                               )
         Defendants.           )

**DEFENDANTS' CONSENT MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT**

Defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) ("Wells Fargo") and G.E. Capital Mortgage Services, Inc. ("G.E. Capital") respectfully request an extension to respond to Plaintiffs' complaint. Defendants Wells Fargo and G.E. Capital have obtained Plaintiffs' consent, and state as follows:

1.   A civil action was commenced on August 26, 2005 in the Superior Court of the District of Columbia captioned as John Cadet, et al. v. Draper & Goldberg, PLLC, et al., Civil Action Number 05-006858 RP (the "State Court Action"). The Complaint claims violations of state law, and requests damages of $21 million and equitable relief.

2.   On September 27, 2005, Defendant Wells Fargo first received a copy of the Complaint.

3.   Defendant G.E. Capital received a copy of the Complaint no earlier than September 27, 2005.

LDR/160103.1

4.     On October 27, 2005, pursuant to 28 U.S.C. § 1446, Defendants Wells Fargo and G.E. Capital, with the other defendants consent, removed this action from the Superior Court of the District of Columbia to this Court.

5.     Pursuant to Rule 80(c), Fed. R. Civ. P., Defendants Wells Fargo and G.E. Capital have five (5) days from the date of removal, i.e., until November 3, 2005, to respond to Plaintiffs' complaint.

6.     Defendants were not able to retain counsel in this matter until recently, and Defendants need a two-week extension, i.e., until November 17, 2005, to file their initial responsive pleading.

7.     On November 2, 2005, Defendants obtained Plaintiffs' consent to this request in a telephone call between Defendants Wells Fargo's and G.E. Capital's counsel, Maha Jweied, and Plaintiff Yves Cadet.

WHEREFORE, Defendants Wells Fargo and G.E. Capital respectfully request that the Court grant its request for an extension to respond to Plaintiffs' complaint.

Respectfully submitted,

/s/ Maha Jweied
Gary C. Tepper (D.C. Bar No. 348698)
Maha Jweied (D.C. Bar No. 490852)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
(202) 857-6000

Attorneys for Defendants
Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc.

Dated: November 3, 2005

## CERTIFICATE OF SERVICE

I certify that I have this 3rd day of November, 2005, caused the foregoing Defendants' Consent Motion to Extend Time to Respond to Complaint to be served by mail, first class, postage prepaid, upon:

> John Cadet
> 3816 4th Street, N.W.
> Washington, DC  20011
>
> Yves Cadet
> 3816 4th Street, N.W.
> Washington, DC  20011
>
> Diane Rosenberg, Esq.
> Mark D. Meyer, Esq.
> ROSENBERG & ASSOCIATES, LLC
> 7910 Woodmont Avenue
> Bethesda, MD  20914
>
> L. Darren Goldberg, Esq.
> Rita Ting Hopper, Esq.
> David McPherson, Esq.
> DRAPER & GOLDBERG, PLLC
> 803 Sycolin Road, Suite 301
> Leesburg, VA  20175

_____/s/ Maha Jweied_____