UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN CADET, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DRAPER & GOLDBERG, PLLC, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 105cv02105 |

## ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Respond to Complaint, and the entire record herein, and good cause having been shown, it is this _____ day of _____, 2005,

ORDERED that the Consent Motion be, and it hereby is, granted; and

FURTHER ORDERED that Defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc. have until November 17, 2005 to serve their responses to Plaintiffs' complaint.

_____
Judge Richard W. Roberts

LDR/160190.1

Copies to:

John Cadet
3816 4th Street, N.W.
Washington, DC 20011

Yves Cadet
3816 4th Street, N.W.
Washington, DC 20011

Gary C. Tepper, Esq.
Maha Jweied, Esq.
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Diane Rosenberg, Esq.
Mark D. Meyer, Esq.
ROSENBERG & ASSOCIATES, LLC
7910 Woodmont Avenue
Bethesda, MD 20914

L. Darren Goldberg, Esq.
Rita Ting Hopper, Esq.
David McPherson, Esq.
DRAPER & GOLDBERG, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175