UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>DRAPER & GOLDBERG, PLLC, et al.<br><br>      Defendants. | Civil Action No: 05-2105 |

## ORDER

Upon consideration of Defendant L. Darren Goldberg, substitute trustee's, Motion to Dismiss, and any opposition thereto, it is the _____ day of _____, 2005, by the United States District Court for the District of Columbia:

ORDERED that Plaintiffs' Complaint is dismissed in its entirety for failure to state a claim upon which relief can be granted.

                                                                                               _____
                                                                                               Judge Roberts

cc:    Rita Ting-Hopper
         Mark D. Meyer
         Yves and John Cadet
         Garry Tepper