UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No: 05-2105 |
| | ) |
| DRAPER & GOLDBERG, PLLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ERRATA

COMES NOW the Defendant, L. Darren Goldberg, Substitute Trustee ("GOLDBERG"), by and through counsel, and files this Errata to attach the following documents that were inadvertently omitted from the original E-filing of November 7, 2005:

1. Motion to Dismiss and Motion to Strike;

2. Exhibit A (inadvertently not attached to Memorandum of Points and Authorities);

3. Proposed Order;

4. Amended Certificate of Service with correct service date of November 8, 2005; and

5. Attorney of Record corrected to reflect Rita Ting-Hopper, Esq. as counsel of record, as the original Motions were erroneously filed electronically under James E. Clarke, Esq.

Respectfully Submitted,

L. Darren Goldberg, Substitute Trustee
by counsel

/s/ Rita Ting-Hopper_____
L. Darren Goldberg (DC Bar # 450336)
James E. Clarke (DC Bar # 460826)
Rita Ting-Hopper (DC Bar # 481136)
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175-5654
703-777-7101 (main)
703-995-4542 (facsimile)