**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN CADET, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: 05-2105 |
| ) | |
| DRAPER & GOLDBERG, PLLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO DISMISS AND**
**MOTION TO STRIKE**

COMES now the Defendant, L. Darren Goldberg, Substitute Trustee, "GOLDBERG", by and through counsel, and petitions the Court to Dismiss the Plaintiffs' Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). GOLDBERG also petitions this Honorable Court to Strike portions of the Plaintiffs' motion as immaterial and scandalous pursuant to Fed. Rule Civ. Proc. 12(f). GOLDBERG submits the accompanying memorandums of points and authorities to support his Motion to Dismiss and Motion to Strike.

Respectfully Submitted,

L. Darren Goldberg, Substitute Trustee

/s/ Rita Ting-Hopper
L. Darren Goldberg (DC Bar # 450336)
James E. Clarke (DC Bar # 460826)
Rita Ting-Hopper (DC Bar # 481136)
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175-5654
703-777-7101