Doc# 2004081394

Prepared By:
Draper & Goldberg PLLC

## DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES

THIS DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES is made this 1st day of June, 2004 by GE Capital Mortgage Services, Inc by Wells Fargo Home Mortgage, Inc. as attorney in-fact ("Beneficiary").

WHEREAS, the Beneficiary is the holder of a Note, is beneficiary under the Deed of Trust dated July 22, 1993, from Iraline G. Barnes and James G. Barnes to certain trustees therein ("Trustees"), and recorded among the land records of the District of Columbia, on July 28, 1993, at Instrument # 9300049257 ("Deed of Trust"); and

WHEREAS, the Deed of Trust encumbers real property known as:

SEE ATTACHED SCHEDULE "A"

And generally known as 2948 Albemarle Street, NW, Washington, DC 20008-

WHEREAS, the Deed of Trust grants to the beneficiary the unconditional power to appoint substitute trustees in place and stead of the original trustees named in the Deed of Trust; and desires to exercise the power to appoint substitute trustees in place and in stead of the Trustees and to vest the substitute trustees with same rights, powers, title and estate as are vested in the Trustees.

NOW, THEREFORE, in consideration of the sum of Five Dollars and 00/100 ($5.00), and other good and valuable consideration, the Beneficiary does hereby appoint L. Darren Goldberg as Substitute Trustee under the Deed of Trust, with identically the same title and estate in and to the land, premises and property conveyed by the Deed of Trust, and with all rights, powers, trusts and duties of the Trustees. L. Darren Goldberg is an attorney duly licensed to practice law in the District of Columbia and is in good standing with the District of Columbia Bar and whose offices are located at 803 Sycolin Road, Suite 301, Leesburg, VA 20175.

IN WITNESS WHEREOF, the aforesaid owner and holder of the note hereby appoints, Nadine Bonsick, its Vice President Loan Documentation, as attorney-in-fact to execute and to acknowledge this deed as the act and deed of the party of the first part, which said attorney-in-fact, acting on behalf of said holder, has signed and sealed this deed on this 1st day of June, 2004.

Return To:
Draper & Goldberg, P.L.L.C.
803 Sycolin Road, Suite 301
Leesburg, VA 20175
53876
Lot 822, Square 2043

EXHIBIT

A

*Sub Head*
L 53876 DC
Page 2

GE Capital Mortgage Services, Inc.
by Wells Fargo Home Mortgage,
Inc. as attorney in-fact

By:    Name: Nadine Bonsick
Title:   Vice President  Loan Documentation

STATE OF          South Carolina
COUNTY OF       York

    I hereby certify that on this ___1st___ day of ___June 2004___, before me, the subscriber, a Notary Public for the State and County aforesaid, personally appeared Nadine Bonsick who acknowledged himself/herself to be the  Vice President Loan Documentation of Wells Fargo Home Mortgage, Inc. and having been granted authority to do so, executed the above document by signing his/her name in my presence. He/She is personally known to me and did take an oath.

Notary Public

My Commission Expires:

OFFICIAL SEAL
Notary Public
State of South Carolina
BARRY P. BRANTLEY
My Commission Expires  Jan. 15, 2013

Prepared by Draper & Goldberg, PLLC

552000097

EXHIBIT "A"

Parcel I

Said property being now known for assessment and taxation purposes as Lot 838 in Square 3041.

Doc# 2004081398
Book:
Pages:   --
Filed & Recorded
    06/18/2004  01:15:57 PM
LARRY TODD
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
   RECORDING         $    27.00
   SURCHARGE         $     6.50

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN CADET, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2105 |
| | ) | |
| DRAPER & GOLDBERG, PLLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendants' David W. Draper and Draper and Goldberg,

PLLC, Motion to Dismiss Parties, and any opposition thereto, it is the _____ day of

_____, 2005, by the U.S. District Court for the District of Columbia:

ORDERED that Defendants David W. Draper and Draper and Goldberg, PLLC

be DISMISSED from this matter due to misjoinder pursuant to Fed. Rules Civ. Proc.

Rule 21.

_____
Judge Roberts

cc:    L. Darren Goldberg
       Mark D. Meyer
       Yves and John Cadet
       Gary Tepper