**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN CADET, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DRAPER & GOLDBERG, PLLC, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No: 05-cv-02105-RWR |

**ORDER**

Upon consideration of Defendant L. Darren Goldberg, Substitute Trustee's, Motion to Dismiss, and any opposition thereto, it is this _____ day of _____, 2005, by the United States District Court for the District of Columbia:

ORDERED that Plaintiffs' Complaint is dismissed in its entirety for failure to state a claim upon which relief can be granted.

_____
Honorable Richard W. Roberts,
Judge, District Court for the District of Columbia

cc:   Rita Ting-Hopper
      Mark D. Meyer
      Yves and John Cadet
      Garry Tepper