AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2005, a copy of the foregoing, MOTION TO DISMISS PARTIES, MOTION TO DISMISS AND MOTION TO STRIKE, and MEMORANDUM was mailed, first class postage prepaid, to the following:

> John and Yves Cadet
> 3816 4th Street, NW
> Washington, DC 20011
>
> Mark D. Meyer, Esq.
> Counsel for Alex Cooper Auctioneers, Inc.
> 7910 Woodmont Ave, Ste 750
> Bethesda, MD 20814
>
> Gary C. Tepper, Esq.
> Counsel for Wells Fargo Home Mortgage, Inc.
> Counsel for Wells Fargo Bank, N.A.
> Counsel for G.E. Capital Mortgage Services, Inc.
> 1050 Connecticut Ave, NW
> Washington, DC 20036

/s/ Rita Ting-Hopper
Rita Ting-Hopper, Esq.