UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN CADET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DRAPER & GOLDBERG, PLLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05cv02105 <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS WELLS FARGO BANK, N.A.'S, WELLS FARGO HOME MORTGAGE, INC.'S, AND G.E. CAPITAL MORTGAGE SERVICES, INC.'S MOTION TO DISMISS COMPLAINT**

Defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) ("Wells Fargo") and G.E. Capital Mortgage Services, Inc. ("G.E.") hereby move, pursuant to Rule 12(b)(6), Fed. R. Civ. P., for an order dismissing the Complaint of Plaintiffs John Cadet and Yves Cadet ("Plaintiff's Complaint") as to Wells Fargo and G.E. Capital. As Wells Fargo's and G.E.'s memorandum in support explains in further detail, the Complaint sets forth no claim for relief against Wells Fargo and G.E. A proposed order is submitted herewith.

                                                                                                 Respectfully submitted,

                                                                                                 /s/ Maha Jweied
                                              Gary C. Tepper (D.C. Bar No. 348698)
                                              Maha Jweied (D.C. Bar No. 490852)
                                              ARENT FOX PLLC
                                              1050 Connecticut Avenue, N.W.
                                              Washington, DC 20036-5339
                                              (202) 857-6000

                                              Attorneys for Defendants
                                              Wells Fargo Bank, N.A. (for itself and as successor to
                                              Wells Fargo Home Mortgage, Inc.) and G.E. Capital
November 17, 2005                    Mortgage Services, Inc.

LDR/160382.1

## CERTIFICATE OF SERVICE

I certify that I have this 17th day of November, 2005, caused the foregoing Defendants' Motion to Dismiss Complaint to be served by mail, first class, postage prepaid, upon:

> John Cadet
> 3816 4th Street, N.W.
> Washington, DC  20011
>
> Yves Cadet
> 3816 4th Street, N.W.
> Washington, DC  20011
>
> Diane Rosenberg, Esq.
> Mark D. Meyer, Esq.
> ROSENBERG & ASSOCIATES, LLC
> 7910 Woodmont Avenue
> Bethesda, MD  20914
>
> L. Darren Goldberg, Esq.
> Rita Ting Hopper, Esq.
> David McPherson, Esq.
> DRAPER & GOLDBERG, PLLC
> 803 Sycolin Road, Suite 301
> Leesburg, VA  20175

                                             /s/ Maha Jweied