## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05cv02105 |
| | ) |
| DRAPER & GOLDBERG, PLLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING COMPLAINT AS TO DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., AND G.E. CAPITAL MORTGAGE SERVICES, INC.

Upon consideration of the motion of Defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc. to dismiss, and the entire record herein, and being duly advised of the premises thereof, it is this _____ day of _____, 2005 hereby

ORDERED that the motion is granted and that the Complaint is hereby DISMISSED as to Defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc. with prejudice.

_____
U.S. District Judge

LDR/160385.1

Copies to:

Gary C. Tepper, Esquire
Maha Jweied, Esquire
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339

John Cadet
3816 4th Street, N.W.
Washington, DC  20011

Yves Cadet
3816 4th Street, N.W.
Washington, DC  20011

Diane Rosenberg, Esquire
Mark D. Meyer, Esquire
ROSENBERG & ASSOCIATES, LLC
7910 Woodmont Avenue
Bethesda, MD  20914

L. Darren Goldberg, Esquire
Rita Ting Hopper, Esquire
David McPherson, Esquire
DRAPER & GOLDBERG, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA  20175