UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CADET, et al.,                           )
                                              )
            Plaintiffs,                       )
                                              )
                                              )
                                              )
v.                                            )        Civil Action No. 1:05cv02105 *TFH*
                                              )
                                              )
DRAPER & GOLDBERG, PLLC, et al.,  )
                                              )
            Defendants.                       )
                                              )
                                              )
                                              )
_____)

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
THE DEFENDANTS DRAPER & GOLDBERG, PLLC'S MOTION TO DISMISS AND
MOTION TO STRIKE AND WELLS FARGO BANK, N.A.'S, WELLS FARGO HOME
MORTGAGE INC.'S, AND G.E. CAPITAL MORTGAGE SERVICES, INC.'S
MOTION TO DISMISS COMPLAINT**

**COMES NOW** the Plaintiffs, John Cadet, et al., who respectfully request this

Honorable Court to extend the time for filing Plaintiffs' Opposition Motion to the Defendants

Motion to Dismiss and in support of this request states as follows:

On August 26, 2005, the Plaintiffs filed a lawsuit in the Superior Court of the District of

Columbia against the Defendants, Draper & Goldberg, PLLC and Wells Fargo, et al. After

service on all the parties, the Defendants each separately have filed motions to dismiss with the

Honorable Court . The Plaintiffs on or about October 28, 2005, filed an opposition to the motion

to dismiss by the auctioneer, Alex Cooper.

Shortly thereafter, on November 7, 2005, the other Defendants by motion moved the case

to the U.S. District Court for the District of Columbia and filed a motion to dismiss and a motion

RECEIVED

DEC - 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to strike at the same time.

3. The Plaintiffs are requesting an extension of time in which to file their opposition to the Defendants' Draper & Goldberg's motion to dismiss and motion to strike and Wells Fargo's motion to Dismiss.

4. We are in the process of retaining legal counsel within the next ten days and as such, we are asking for an extension of time for an additional 30 days or until December 15, 2005, to respond to these motions.

5. We respectfully submit that we have a meritorious complaint which we fully intend to prosecute but require additional time to acquire legal representation and to file the opposition motions.

6. The adverse parties will not be prejudiced by a short delay in the submission of the opposition motions.

**WHEREFORE,** for the foregoing reasons, the Plaintiffs respectfully request this Honorable Court grant them an extension of time of at least thirty (30) days beyond the current date to file the opposition motions or until December 15, 2005.

Respectfully submitted,

John Cadet, *Pro se*
Yves Cadet, *Pro se*
3816 Fourth Street. N.W.
Washington, D.C.  20011
(202) 722-6272
(202) 390-3744

## <u>CERTIFICATION OF COMPLIANCE WITH U.S. DISTRICT COURT RULE ON NOTICE TO THE OTHER PARTY</u>

We, the Plaintiffs, certify that on December 1, 2005, we telephoned the parties, Draper & Goldbergs' legal counsel to obtain their consent to the foregoing motion, but were unable to contact them and therefore did not get their consent. We did, however, leave a message on their voice mail requesting their consent to the filing of the motion. As of the time of the filing of the motion , we still had not heard back from said counsel. Counsel for Wells Fargo, Maha Jweied, gave her consent to this motion.

Respectfully submitted,

John Cadet, *Pro Se*
Yves Cadet, *Pro Se*
3816 Fourth Street, N.W.
Washington, D.C. 20011
(202) 722-6272
(202) 390-3744

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Extension of Time  was mailed,

postage prepaid, this ___2nd___ day of December, 2005, to:

Diane Rosenberg, Attorney
Mark D. Meyer, Esq.
ROSENBERG & ASSOCIATES, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, MD 20914

Gary C. Tepper, Esq.
Maha Jweied, Attorney
Arent Fox, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339

L. Darren Goldberg, Esq.
Rita Ting Hopper, Attorney
David McPherson, Esq.
DRAPER & GOLDBERG, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175

John Cadet, *Pro Se*
Yves Cadet, *Pro Se*
3816 Fourth Street , N.W.
Washington, D.C.  20011
(202) 722-6272
(202) 390-3744