UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CADET, et al., )
  )
    Plaintiffs, )
  )
  )
v. ) Civil Action No. 1:05cv02105
  )
  )
DRAPER & GOLDBERG, PLLC, et al., )
  )
    Defendants. )
  )
  )

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to file their opposition to the Defendants' Motion to Dismiss, and any opposition thereto, it is the _____ day of December, 2005, by the United States District Court for the District of Columbia:

**ORDERED** that Plaintiffs' Motion for Extension of Time to file its opposition is **GRANTED.**

The Plaintiff's opposition Motion is to be filed on or before December _____, 2005.

_____
**United States District Judge**

Copies to:

Gary C. Tepper, Esq.
Maha Jweied, Attorney
Arent Fox, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

John Cadet
3816 Fourth Street, N.W.
Washington, D.C. 20011

Yves Cadet
3816 Fourth Street, N.W.
Washington, D.C. 20011

Diane Rosenberg, Esq.
Mark D. Meyer, Esq.
ROSENBERG & ASSOCIATES, LLC
7910 Woodmont Avenue
Bethesda, MD 20914

L. Darren Goldberg, Esq.
Rita Ting Hopper, Esq.
David McPherson, Esq.
DRAPER & GOLDBERG, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175