## Legal Notices

Notice is hereby given pursuant to the provisions of Section 15.2-2204 of the Code of Virginia as amended, that at a meeting of the Fairfax County Planning Commission (PC) of said County, to be held in the Board Auditorium, Lobby Level, Government Center Building, 12000 Government Center Parkway, Fairfax, VA, on, **WEDNESDAY, DECEMBER 7, 2005 at 8:15 P.M.** the said Commission will hold a public hearing on the following applications at the time indicated. At the said public hearing any and all interested persons will be given an opportunity to express their view regarding the application, to speak in favor or in opposition. If you desire to be placed on the speakers' list, or check on the status of the public hearing, call the PC office at 703-324-2865. The following is a descriptive summary only of the application and may not include every detail. Interested parties may review the application in detail or pick up a copy of the staff report at the Zoning Evaluation Division of the Department of Planning and Zoning, 12055 Government Center Parkway, Suite 801, Fairfax, VA. Copies of the staff report are also available at the office of the member of the Board of Supervisors who represents the application property. ADA: Reasonable accommodation is available upon 7 days advance notice, please call 703-324-1334 (TTY 711 Virginia Relay Center).

**PCA 85-S-061-04 COPT PARKSTONE, LLC,** PCA Appl. to amend the proffers for RZ 85-S-061 previously approved for industrial development to permit site modifications with an overall Floor Area Ratio (FAR) of .21. Located on the W. side of Parkstone Dr., S. of Conference Center Dr. and N. of Braddock Rd. on approx. 14.77 ac. of land zoned I-3 and WS. Comp. Plan Rec: office/industrial mix with an overall FAR of .50. Sully District. Tax Map 43-4 ((6)) 27 pt. and 37A.

November 30th, 2005

AD#10104904

**To Place Legal Notices:**

PHONE
202-636-3102

FAX
202-636-3069

EMAIL
galnotices@washingtontimes.com

## Legal Notices

THE SUPERIOR COURT OR THE DISTRICT OF COLUMBIA

NOTICE OF APPOINTMENT
NOTICE TO CREDITORS
NOTICE TO UNKNOWN HEIRS

Estate No. 72083

TO ALL PERSONS INTERESTED

## Legal Notices

ABC LICENSE

Full Name of applicant:
Park's Ventures, Inc.
trading as:
Namy Bistro
Exact location where business will trade:
**6237 Little River Turnpike**
**Alexandria (City/Town)**
**Fairfax (County)**
**Virginia 22312**
**is applying to the VIRGINIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL for a**
**Wine and Beer**
**On Premises &**
**Mixed Beverage**
**(seating capacity 1-100)**
**license to sell or manufacture alcoholic beverages.**
Name and title of Owner Authorizing Advertisement:
**Kwang Suk Park**
**President**
November 23 & 30, 2005
AD#10105453

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION**

Kolawole J. Adereni

Plaintiff(s)

v.

Estate of Gloria Edwards; Brenda Dorsett; Inga Dorsett; Leonard Dorsett, Jr.; Ralph Dorsett; Donald Dorsett

District of Columbia, Mayor Anthony A. Williams, District of Columbia, Corporation Counsel of DC, Office of the Attorney General

All Persons that Have or Claim to Have Any Interest in Real Property Located at Square 5148, Lot 0007, with an address of NE, Washington DC

Defendant(s)

Civil Action No. 05-0005695 (Action Involving Real Property)

ORDER OF PUBLICATION

In accordance with D.C. Code §47-1375, the object of this proceeding is to secure the foreclosure of the right of redemption in the following real property located in the District of Columbia, and sold by the Mayor of the District of Columbia to the plaintiff(s) in this action described as Square 5148, Suffix, Lot 0007 and assessed to Gloria Edwards, property street address that may also be known as NE, Washington DC (no street address assigned).

The complaint states, among other things, that the amounts necessary for redemption have not been paid.

Pursuant to the Chief Judge's Administrative Order Number 02-11, it is this 14th day of July, 2005,

ORDERED by the Superior Court of the District of Columbia, that notice be given by the insertion of a copy of this order in The Washington Times having a general circulation in District of Columbia, once a week for three (3) successive weeks, notifying all persons interested in the real property described above to appear in this Court by the 22nd day of February, 2006, and redeem the real property by the payment of $600.00, together with interest from the date the real property tax certificate was purchased; court costs and attorney's fees; expenses incurred in the publication and service of process by publication and for reasonable fees for the title search; all other amounts paid by the petitioner in accordance with the provisions of D.C. Code §47-1361 and all outstanding municipal lien amounts due and owing on the aforementioned real property, or answer the complaint or, thereafter, a final judgement will be entered foreclosing the right of redemption in the real property and vesting in the plaintiff(s) a title in fee

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SOLD AT THE RISK AND EXPENSE OF THE DEFAULTING PURCHASER.

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 4606 A St., SE, Washington, DC 20019 under deed of trust recorded on Mar. 26, 2004 Instrument #41429 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:36 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 52, Square 5349.
TERMS OF SALE: A deposit of $14,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 4115 Hayes St., NE, Washington, DC 20019 under deed of trust recorded on Jun. 14, 2004 Instrument #81829 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:34 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 99, Square 5077.
TERMS OF SALE: A deposit of $14,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE condominium known as 514 Ridge Rd., SE #312 Washington, DC 20019, By virtue of a Deed of Trust re-

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 500 23rd Pl., NE, Washington, DC 20002 under deed of trust recorded on Apr. 15, 1999 Instrument #31900 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:30 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 119, Square 4516.
TERMS OF SALE: A deposit of $12,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 322 C St., SE, Washington, DC 20003 under deed of trust recorded on May 17, 2001 Instrument #45447 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:32 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 825, Square 790.
TERMS OF SALE: A deposit of $24,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 319 V St., NE Washington, DC 20002, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Apr. 11, 2005 as instrument 50204 and in accordance with PL 90-566 notice

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 1721 D St., SE, Washington, DC 20003 under deed of trust recorded on Mar. 7, 2000 Instrument #22262 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:35 AM the land and premises situate in the District of Columbia, and designated as and being Lot 103, Square 1102.
TERMS OF SALE: A deposit of $8,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk of the defaulting purchaser. Should the Sub. Trustees be unable to convey title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers,
Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 5105 Jay St., NE, Washington, DC 20019 under deed of trust recorded on Aug. 13, 2002 Instrument #94083 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:30 AM the land and premises situate in the District of Columbia, and designated as and being Lot 40, Square 5198-W.
TERMS OF SALE: A deposit of $12,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk of the defaulting purchaser. Should the Sub. Trustees be unable to convey title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers,
Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF a dwelling, which may be destroyed by fire, located at 4427 A St., SE, Washington, DC 20019 under a deed of trust recorded on May 31, 1996 Instrument #34789 in the Land Records of DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Substitute Trustee will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 11:00 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 107, Square 5350.
TERMS OF SALE: A deposit of $5,000 will be required at time

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 3708 R St., NW Washington, DC 20007, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Apr. 12, 2001 as instrument 34824 and in accordance with PL 90-566 notice filed on Oct. 28, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:21 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 860 in Square 1307, and more particularly described in said Deed of Trust.
TERMS OF SALE: A deposit of $10,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202081.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

TRUSTEE'S SALE of real property known as 7 18th Street, S.E., Unit 104, Washington, D.C. Under deed of trust recorded October 5, 2000, instrument no. 93818 in the Land Records, D.C., and in accordance with Public Law 90-566 notice filed October 27, 2005, as Instrument No. 2005154746 and at the request of the party secured thereby, the undersigned trustee will offer for sale by public auction within the office of Alex Cooper Auctioneers, Inc., 5301 Wisconsin Avenue, N.W., #750, Washington, D.C. on December 1, 2005, at 11:00 a.m. the following described land and premises, situated in D.C. and designated as and being Lot 2004 in Square 1096.
TERMS OF SALE. ALL CASH. A deposit of $4,500.00 will be required at the time of sale in the form of cash, certified check, or other form as the Substitute Trustees determine is acceptable. Interest to be paid on the unpaid purchase price at the Note rate from the date of sale to the date funds are received in the office of the Trustee. In the event seller is delayed for any reason, there shall be no abatement of interest. No deposit shall be required of the noteholder where the noteholder bids in the property at sale. The property is sold in an "AS IS" condition and without any recourse, representations or warranties, either express or implied, as to its nature, condition, description or title to the property. The property is sold subject to any violation notices and subject to all conditions, restrictions, easements, covenants, encumbrances, rights of way and agreements of record affecting the same, if any. Purchaser shall be responsible for obtaining physical possession of the property. Purchaser assumes the risk of damage to the property from the date of sale forward. There shall be no adjustment of taxes, water rent, condominium fees and/or homeowner's association dues, all public charges/assessments payable including sanitary and/or District charges, if applicable, and same are to be assumed by the purchaser. All conveyancing, recording, recordation/transfer tax, etc. at cost of purchaser. Settlement within 30 days from day of sale. Time is of the essence for the purchaser. In the event of default, the deposit shall be forfeited and all expenses of this sale (including attorney's fees and the full commission on the gross sale price of this sale) shall be charged against and paid out of the forfeited deposit. The Trustees may then readvertise and resell the property at the risk and cost of the

and

The unknown heirs or devisees of Alma M. Lewis

and

District of Columbia Government
SERVE:
Mayor Anthony Williams
Attn: Anita Carter,
Head of Correspondence
1 Judiciary Square
441 4th Street, N.W.,
11th Floor
Washington, D.C. 20001

and

Office of Attorney General
Attn: Darlene Fields
441 4th St., N.W.
Washington, D.C. 20001

and

All persons that have or claim to have any right, title, estate, lien, or interest in any part of that property known as (LOT) BONINI RD., SE, Washington, D.C., known for purposes of assessment and taxation as square 6249 lot 0816, as more particularly described herein,

Defendants.

Civil Action No. 04-5464-RP
Calendar 18

**ORDER OF PUBLICATION**

The object of this proceeding is to secure the foreclosure of the right of redemption in the following real property located in the District of Columbia, and sold by the Mayor of the District of Columbia to the plaintiff in this action, and described as follows: Square 6249, Lot 0816 commonly known as (LOT) BONINI RD., SE.

The complaint states, among other things, that the amounts necessary for redemption have not been paid.

It is thereupon this 27th day of September 2005, by the Superior Court of the District of Columbia, Ordered, That notice be given by the insertion of a copy of this order in some newspaper having general circulation in the District of Columbia once per week for three 3 successive weeks, notifying all persons interested in the real property to appear in this Court by the 7th day of December, 2005, and redeem the real property by the payment of $1,117.19 plus any other taxes due, and the reasonable legal costs of this action, or answer the complaint or, thereafter, a final judgement will be entered foreclosing the right of redemption in the real property and vesting in the plaintiff a title in fee simple.

/s/Evelyn Coburn
Judge, Superior Court for the District of Columbia

**IN THE ORPHAN'S COURT FOR (OR) BEFORE THE REGISTER OF WILLS FOR Prince George's County, MARYLAND**

IN THE ESTATE OF:
NEVELYN O HOLLAND AKA: NEVELYN O HOLLAND-BROWN

ESTATE NO: 71883

**PUBLIC NOTICE OF CAVEAT**

To all persons interested in the above estate:

Notice is given that a petition to caveat has been filed by EDITH ANN HOLLAND-HOLMES-3513 SILVER PARK DRIVE APT 102 SUITLAND MD 20746-SISTER challenging the will or codicil dated 08/14/2005. You may obtain from the Register of Wills the date and time of any hearing on this matter.

LYNN LOUGHLIN SKERPON
Register of Wills

CLASSIFIED
The Washington Times
Brighter. Bolder
202-636-3100

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative or the attorney.

All persons having any objection to the appointment (or to the probate of the decedent's will) shall file their objections with the Register of Wills on or before the 16TH day of MAY, 2006.

Any person having a claim against the decedent must present the claim to the undersigned personal representative or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death; except if the decedent died before October 1, 1992, nine months from the date of the decedent's death: or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

PATRICIA A. BARTEE
301 599-0321
Personal Representative
True Test Copy
Name and Address of Register of Wills for Prince George's County
/S/LYNN LOUGHLIN SKERPON
P.O. BOX 1729
UPPER MARLBORO, MD 20773-1729

Pub: Nov. 23 & 30, Dec. 7, 2005

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION

**ORDER OF PUBLICATION-CHANGE OF NAME**

IN RE

Application of
MARGARET-LOUISE NOYES

Civil Action Number:
05-0009181

Margaret-Louise Noyes, having filed a complaint for judgment changing Margaret-Louise Noyes name to Louise Noyes and having applied to the Court for an order of publication of the notice required by law in such cases, it is by the Court, this 28th day of November, 2005 ORDERED that all persons concerned show cause, if any there be, on or before the 6th day of January, 2006, why the prayers of said complaint should not be granted: PROVIDED, That a copy of this order be published once a week for three consecutive weeks before said day in The Washington Times.

/S/ R. Wertheim
JUDGE

Nov. 30, Dec. 7 & 14, 2005

**Public Notice Ad**

Omnipoint Communications CAP Operations, LLC is proposing to relocate antennas on an existing building located at 1680 35th Street, NW, Washington, DC. In accordance with regulations implementing Section 106 of the National Historic Preservation Act, Omnipoint hereby solicits public comment from all interested persons on the impact of the collocation on any districts, sites, buildings, structures, or objects significant to American history, architecture, archaeology, engineering, or culture, that are listed eligible for listing in the National Register of Historic Places. All questions, comments and correspondence should be directed to Nichole Blackwell, Regulatory Compliance 12050 Baltimore Avenue, Beltsville, Maryland 20705, phone number 240-264-8630 and nichole.blackwell@t-mobile.com by December 30, 2005.

looking for that special job?
CLASSIFIED
The Washington Times
Brighter. Bolder
202-636-3100

the power of sale contained in Washington D.C. C[illegible] (Section 40-[illegible]) (2-164) General charges [illegible] the satisfaction of [illegible] lien. The [illegible] property will be sold [illegible] public auction on: December 14th, 2005 at 11:30 am, on the premises of STORAGE USA 6011 Blair Rd, NW, Washington DC, 20011.

STORAGE USA reserves the right to cancel a sale at any time for any reason.

Fred Reger Auctioneer

| CUSTOMER NAME | UNIT # |
|---|---|
| James T Clark | 118 |
| Sunset Moving | 1146 |
| Douglas T Jacobs | 2001 |
| Alicia R Jones | 2023 |
| Mary A Vaughan | 2038 |
| Rosita I Rawl | 2043 |
| Trinity Elevator | 2053 |
| Russel B Mitchell | 2053 |
| Gabriel W Mercedes | 2059 |
| Hal Brown Jr | 2116a |
| Velma T Smith | 2144 |
| Devon P Armstrong | 2148 |
| Thomas C Uzzell | 2153 |
| George Sexton Associates | 2153 |
| Robert A Fields Jr | 2202 |
| Elizabeth M Scruggs | 2204 |
| Thomas C Uzzell | 2233 |
| George Sexton Associates | 2233 |
| Darlene E Clayton-Stapleton | 2244 |
| Amex International Inc | 2257 |
| Diane Mahmoud | 2257 |
| Antony A Pike | 2274 |
| Rawle M Howard | 3053 |
| Cheryl Kebe | 3093 |
| Pat Kidd | 3147 |
| Melvina M Jacob | 3207 |
| Constance V Brooks | 3259 |
| Carmanleta Gonzalez | 4025 |
| Church of Scientology DC | 4041 |
| Brett D Oconnor | 5027 |
| B Franklin Kersey IV | |
| Atty at Law PLC | 5031 |
| Ephraim N Igwe | 5033 |
| Emma Ash Caldwell | 5072 |
| Emma J Caldwell | 5072 |
| Berry J Jewell | 5078 |
| Ocie O Gibson | 5083 |
| Linda M Weedon | 6026 |
| Glynn M Clea | 6032 |
| Glenn M Clea | 6032 |
| Associated Press C/O | 6059 |
| Helen Virginia Tate | 6152 |
| Shekiya Senora Crawford | 6155 |
| Berta Del R Miranda | 6170 |
| Owen L William/ | |
| Furniture Moods Inc | 6175 |
| Zainabu Netosh A Jones | 7004 |
| Gregory H Pearson | 7039 |
| Leigh H Brooks | 7044 |
| Patricia Ethel Payne | 7135 |

**STORAGE USA**
**6011 BLAIR RD, NW**
**WASHINGTON, DC 20011**

PLACE YOUR AD HERE
CALL
(202) 636-3100
The Washington Times
Brighter. Bolder

202-364-0306, on December 8, 2005 at 10:05 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 2037 in Square 5396, and more particularly described in said Deed of Trust.
TERMS OF SALE: A deposit of $5,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202129.

L. Darren Goldberg,
Substitute Trustee
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 1315 Barnaby Terr., SE Washington, DC 20032, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Sep. 1, 2004 as instrument 120748 and in accordance with PL 90-566 notice filed on Nov. 4, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 8, 2005 at 10:03 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 14 in Square 5923, and more particularly described in said Deed of Trust.
TERMS OF SALE: Sold subject to a prior Deed of Trust dated Aug. 16, 2004 recorded Sep. 1, 2004 Instrument #120747. A deposit of $5,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202118.

L. Darren Goldberg,
Substitute Trustee
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 1921 Alabama Ave., SE Washington, DC 20020, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Aug. 27, 2004 as instrument 118663 and in accordance with PL 90-566 notice filed on Nov. 4, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 8, 2005 at 10:00 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 49 in Square 5892, and more particularly described in said Deed of Trust.
TERMS OF SALE: A deposit of $12,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202137.

L. Darren Goldberg,
Substitute Trustee
Nov. 28, 30, Dec. 2, 5 & 7

The Washington Times
Brighter. Bolder
For Home Delivery, Call
202-636-3333

801 in Square 3563, and more particularly described in said Deed of Trust.
TERMS OF SALE: Sold [illegible] to a prior Deed of Tr[illegible] Mar. 30, 2005 recorded [illegible] 2005 Instrument #5020[illegible] posit of $9,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202138.

L. Darren Goldberg,
Substitute Trustee
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 233 Warren St., NE, Washington, DC 20002 under deed of trust recorded on Aug. 13, 2002 Instrument #93981 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:46 AM the land and premises situate in the District of Columbia, and designated as and being Lot 845, Square 1033.
TERMS OF SALE: ALL CASH. A deposit of $25,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk and cost of the defaulting purchaser. Should the Sub. Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Diane S. Rosenberg,
Mark Meyer, Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 830 7th St., NE, Washington, DC 20002 under deed of trust recorded on May 26, 2005 Instrument #72663 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:33 AM the land and premises situate in the District of Columbia, and designated as and being Lot 35, Square 858.
TERMS OF SALE: A deposit of $50,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk of the defaulting purchaser. Should the Sub. Trustees be unable to convey title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers,
Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

the note from date of sale to the date of receipt of the balance of the purchase price. Terms of sale to be complied with within 30 days from day of sale, otherwise the Substitute Trustee reserves the right to forfeit deposit, readvertise and sell the property at the risk and cost of the defaulting purchaser, or without forfeiting deposit, the Substitute Trustee may avail himself of any legal or equitable rights against the defaulting purchaser. Time is of the essence. If the Substitute Trustee cannot convey title, the purchaser's sole remedy is a return of deposit. Further terms and particulars may be announced at sale. Trustee's File No. 5235.

Allan P. Feigelson,
Substitute Trustee
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 11 N St., NW Washington, DC 20001, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Apr. 19, 2004 as instrument 53394 and in accordance with PL 90-566 notice filed on Oct. 21, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:06 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 33 in Square 617, and more particularly described in said Deed of Trust.
TERMS OF SALE: A deposit of $32,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 200733.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 3819 Suitland Rd., SE Washington, DC 20020, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on May 6, 1999 as instrument 40767 and in accordance with PL 90-566 notice filed on Oct. 21, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:00 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 138 in Square 5684, and more particularly described in said Deed of Trust.
TERMS OF SALE: A deposit of $28,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 97124.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

Classifieds WORK!
Call 202-636-3100

reason, including but n ited to the Secured Par cutting a forbearance ment with the borro described in the above tioned Deed of Trust, or ing the borrower(s) to e their right to reinstate c off the subject loan, prior sale, with or without th stitute Trustee's prior edge, the foreclosure sal be null and void and of fect, and the Purchaser' remedy in law or in equit be the return of the d without interest. Upon of deposit, the sale sh void and of no effect. F terms to be announced a of sale; purchaser may quired to execute a Mem dum of Sale at the time o tion. Purchaser agrees t $295.00 at settlement, t Seller's attorney, for revi the settlement documents

STEVEN F. MA
Tr
Nov. 21, 23, 25, 2

**ALEX COOPER AUCTS.,**
5301 WISCONSIN AVE. NW
WASH., DC 202-364-030
WWW.ALEXCOOPER.CO

SUBSTITUTE TRUSTEE'S OF VALUABLE condomi known as 522 21st St., NW Washington, DC 20006, By tue of a Deed of Trust reco in the Land Records of the trict of Columbia, on Sep 1980 as instrument 29890 in accordance with PL 9 notice filed on Oct. 28, and at the request of the secured thereby, the un signed Sub. Trustee will off sell at public auction withi offices of ALEX COO AUCTS., INC., 5301 WISCO AVE., N.W., SUITE 750, Wash ton, D.C., Phone 202-364- on December 1, 2005 at 1 AM, the land and premises ated in the District of Col bia, and designated as and ing Lot 2033 in Square 81, more particularly describe said Deed of Trust.
TERMS OF SALE: A deposi $5,000 will be required at of sale in cash or certi funds, except from secu party. Property sold in "AS condition. Subject to lien record. Conveyance by spe warranty deed. Settlemen 30 days. If Sub. Trustee car convey insurable title, chaser's sole remedy is re of deposit. Additional terms announced at sale. Trustee's File No. 202043.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., I**
5301 WISCONSIN AVE. NW,#
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S S OF VALUABLE property kno as 1119 I St., NE Washingt DC 20002, By virtue of a Deed Trust recorded in the La Records of the District of lumbia, on Dec. 6, 2002 as strument 142145 and in acc dance with PL 90-566 noti filed on Oct. 28, 2005, and the request of the party cured thereby, the undersign Sub. Trustee will offer to sell public auction within the fices of ALEX COOPER AUCT INC., 5301 WISCONSIN AV N.W., SUITE 750, Washingt D.C., Phone 202-364-0306, December 1, 2005 at 10:18 A the land and premises situat in the District of Columbia, a designated as and being L 107 in Square 981, and mo particularly described in sa Deed of Trust.
TERMS OF SALE: A deposit $28,000 will be required at tim of sale in cash or certifie funds, except from secure party. Property sold in "AS IS condition. Subject to liens o record. Conveyance by specia warranty deed. Settlement i 30 days. If Sub. Trustee canno convey insurable title, pur chaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202049.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

CALL TOLL FREE & PLACE YOUR AD
1-800-326-6623



tified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202138.

L. Darren Goldberg,
Substitute Trustee
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 233 Warren St., NE, Washington, DC 20002 under deed of trust recorded on Aug. 13, 2002 Instrument #93981 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:45 AM the land and premises situate in the District of Columbia, and designated as and being Lot 845, Square 1033.

TERMS OF SALE: ALL CASH. A deposit of $25,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk of the defaulting purchaser. Should the Sub. Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Diane S. Rosenberg,
Mark Meyer, Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 830 7th St., NE, Washington, DC 20002 under deed of trust recorded on May 26, 2005 Instrument #72663 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:33 AM the land and premises situate in the District of Columbia, and designated as and being Lot 35, Square 858.

TERMS OF SALE: A deposit of $50,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk of the defaulting purchaser. Should the Sub. Trustees be unable to convey title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers,
Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

sell the property at the risk and cost of the defaulting purchaser [illegible] deposit, the Substitute Trustee may avail himself of any legal or equitable rights against the defaulting purchaser. Time is of the essence. If the Substitute Trustee cannot convey title, the purchaser's sole remedy is a return of deposit. Further terms and particulars may be announced at sale. Trustee's File No. 5235.

Allan P. Feigelson,
Substitute Trustee
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 11 N St., NW Washington, DC 20001. By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Apr. 19, 2004 as instrument 53394 and in accordance with PL 90-566 notice filed on Oct. 21, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:06 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 33 in Square 617, and more particularly described in said Deed of Trust.

TERMS OF SALE: A deposit of $32,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 200733.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 3819 Suitland Rd., SE Washington, DC 20020. By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on May 6, 1999 as instrument 40767 and in accordance with PL 90-566 notice filed on Oct. 21, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:00 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 138 in Square 5684, and more particularly described in said Deed of Trust.

TERMS OF SALE: A deposit of $28,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 97124.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

Classifieds WORK!
Call 202-636-3100

off the subject loan, prior to the sale, with or without the Sub. [illegible] prior knowledge, [illegible] foreclosure sale shall be n[illegible] void and of no effect, [illegible] Purchaser's sole remedy [illegible] or in equity shall be the return of the deposit without interest. Upon return of deposit, the sale shall be void and of no effect. Further terms to be announced at time of sale; purchaser may be required to execute a Memorandum of Sale at the time of auction. Purchaser agrees to pay $295.00 at settlement, to the Seller's attorney, for review of the settlement documents.

STEVEN F. MADEOY
Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE condominium known as 522 21st St., NW #604 Washington, DC 20006. By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Sep. 19, 1980 as instrument 29890 and in accordance with PL 90-566 notice filed on Oct. 28, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:24 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 2033 in Square 81, and more particularly described in said Deed of Trust.

TERMS OF SALE: A deposit of $5,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202043.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
**WWW.ALEXCOOPER.COM**

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 1119 I St., NE Washington, DC 20002. By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Dec. 6, 2002 as instrument 142145 and in accordance with PL 90-566 notice filed on Oct. 28, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:18 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 107 in Square 981, and more particularly described in said Deed of Trust.

TERMS OF SALE: A deposit of $28,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202049.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**NATIONAL REO AUCTIONS, INC**
3402 Connecticut Ave., N.W.
Washington, D.C. 20008
202-966-0100

**SUBSTITUTE TRUSTEE'S SALE OF VALUABLE RESIDENTIAL DWELLING KNOWN AS: 2260 HIGH STREET, S.E., WASHINGTON, DC 20020**

By virtue of a Deed of Trust recorded in the land records of the District of Columbia, on NOVEMBER 19, 2004, as Instrument No. 2004158648 and in accordance with Public Law 90-566 notice filed on NOVEMBER 2, 2005 and at the request of the party secured thereby, the undersigned Substitute Trustees, will offer to sell at public auction, within the office of **NATIONAL REO AUCTIONS, INC., 3402 CONNECTICUT AVENUE, N.W., WASHINGTON, D.C., 20008**, on **December 7, 2005** at **1:00 P.M.**, the land and premises situated in the District of Columbia and designated as and being Lot 0900 in Square 5799, and more particularly described in said Deed of Trust.

TERMS OF SALE. A deposit of $15,000.00 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Conveyance by special warranty deed. Settlement in 30 days. If Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Loan Type: Conventional. Trustee's File No. 05-95513W.

JOHN S. BURSON AND
GREGORY N. BRITTO,
Substitute Trustees
Nov. 24, 28, 30, Dec. 2, 6, 2005

**NATIONAL REO AUCTIONS, INC**
3402 Connecticut Ave., N.W.
Washington, D.C. 20008
202-966-0100

**SUBSTITUTE TRUSTEE'S SALE OF VALUABLE RESIDENTIAL DWELLING KNOWN AS: 1751 SYCAMORE STREET, N.W., WASHINGTON, DC 20012**

By virtue of a Deed of Trust recorded in the land records of the District of Columbia, on OCTOBER 25, 1995, as Instrument No. 9500064479 and in accordance with Public Law 90-566 notice filed on NOVEMBER 4, 2005 and at the request of the party secured thereby, the undersigned Substitute Trustees, will offer to sell at public auction, within the office of **NATIONAL REO AUCTIONS, INC., 3402 CONNECTICUT AVENUE, N.W., WASHINGTON, D.C., 20008**, on **December 7, 2005** at **1:10 P.M.**, the land and premises situated in the District of Columbia and designated as and being Lot 0805 in Square 2759E, and more particularly described in said Deed of Trust.

TERMS OF SALE. A deposit of $21,000.00 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Conveyance by special warranty deed. Settlement in 30 days. If Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Loan Type: Conventional. Trustee's File No. 05-95568W.

JOHN S. BURSON AND
GREGORY N. BRITTO,
Substitute Trustees
Nov. 24, 28, 30, Dec. 2, 6, 2005

[illegible] the Sub. Trustees will sell at public auction at the Circuit Court for [illegible]'s County, [illegible] Main Street, Bourne Wing [illegible]missioner's Entrance, Upper Marlboro, M[illegible], on **December 9, 2005 at 10:26 AM** All [illegible] lot of ground and the improvements thereon situated in Prince George's County, MD and more fully described in the aforesaid Deed of Trust. The property, which is improved by a dwelling, will be sold in an "as is" condition and subject to conditions, restrictions and agreements of record affecting the same, if any, and with no warranty of any kind. **Terms of Sale:** A deposit of $28,000.00 by cash or certified check. Balance of the purchase price to be paid in cash within ten days of final ratification of sale by the Circuit Court for Prince George County. Time is of the essence as to the purchaser. If the purchaser defaults, the deposit shall be forfeited and the property shall be resold at the purchaser's risk and expense. In the event of a resale, the defaulting purchaser shall not be entitled to receive any benefit from the resale, including, but not limited to, additional proceeds or surplus which may arise therefrom. Interest to be paid on the unpaid purchase money at the rate pursuant to the Deed of Trust Note from the date of sale to the date funds are received by the Substitute Trustees. In the event settlement is delayed for any reason, there shall be no abatement of interest. In the event that the Secured Party executes a forbearance agreement with the borrower(s) described in the above-mentioned Deed of Trust, or allows the borrower(s) to execute their right to reinstate or payoff the subject loan, prior to the sale, with or without the Substitute Trustee's prior knowledge, this Contract shall be null and void and of no effect, and the Purchaser's sole remedy shall be the return of the deposit without interest. Purchaser shall pay for documentary stamps, transfer taxes and settlement expenses. Taxes, ground rent, water rent, condominium fees and/or homeowner association dues, all public charges/assessments payable on an annual basis, including sanitary and/or metropolitan district charges, if applicable, shall be adjusted to the date of sale and assumed thereafter by the purchaser. The Purchaser is responsible for any amount in excess of $500 of outstanding water bills, if any, incurred prior to the date of sale. Purchaser shall be responsible for obtaining physical possession of the property. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. If the Substitute Trustees are unable to convey insurable title, the purchaser's sole remedy shall be limited to a refund of the deposit without interest. In the event the sale is not ratified for any reason, the Purchaser's sole remedy, at law or equity, is the return of the deposit without interest. Purchaser agrees to pay $275.00 at settlement, to the Seller's attorney, for review of the settlement documents. (Matter #) **L Darren Goldberg, David A. Kasuba, Substitute Trustees Alex Cooper Aucts., Inc., 908 York Rd., Towson, MD 21204 410-828-4838 Draper & Goldberg, PLLC 803 Sycolin Road, Leesburg, VA 20175 703-777-2448 ASAP734592**

Nov. 23, 30 and Dec. 7, 2005 AD#10105487

move your furniture
CLASSIFIED
202 636-3100
The Washington Times
Brighter. Bolder.

CALL TOLL FREE & PLACE YOUR AD
1-800-326-6623
The Washington Times

Brighter. Bolder
The Washington Times
To Subscribe, Call
202-636-3333

The Washington Times

CLASSIFIED

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SOLD AT THE RISK AND EXPENSE OF THE DEFAULTING PURCHASER.

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 4606 A St., SE, Washington, DC 20019 under deed of trust recorded on Mar. 26, 2004 Instrument #41429 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:36 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 52, Square 5349.
TERMS OF SALE: A deposit of $14,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 4115 Hayes St., NE, Washington, DC 20019 under deed of trust recorded on Jun. 14, 2004 Instrument #81829 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:34 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 99, Square 5077.
TERMS OF SALE: A deposit of $14,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE condominium known as 514 Ridge Rd., SE #312 Washington, DC 20019, By virtue of a Deed of Trust recorded in the Land Records of

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 500 23rd Pl., NE, Washington, DC 20002 under deed of trust recorded on Apr. 15, 1999 Instrument #31900 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:30 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 119, Square 4516.
TERMS OF SALE: A deposit of $12,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 322 C St., SE, Washington, DC 20003 under deed of trust recorded on May 17, 2001 Instrument #45447 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 8, 2005 at 10:32 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 825, Square 790.
TERMS OF SALE: A deposit of $24,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 28, 30, Dec. 2, 5 & 7

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 319 V St., NE Washington, DC 20002, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Apr. 11, 2005 as instrument 50204 and in accordance with PL 90-566 notice filed on Nov. 4, 2005, and at the

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 1721 D St., SE, Washington, DC 20003 under deed of trust recorded on Mar. 7, 2000 Instrument #22262 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:35 AM the land and premises situate in the District of Columbia, and designated as and being Lot 103, Square 1102.
TERMS OF SALE: A deposit of $8,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk of the defaulting purchaser. Should the Sub. Trustees be unable to convey title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers,
Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 5105 Jay St., NE, Washington, DC 20019 under deed of trust recorded on Aug. 13, 2002 Instrument #94083 in the Land Records, DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 10:30 AM the land and premises situate in the District of Columbia, and designated as and being Lot 40, Square 5198-W.
TERMS OF SALE: A deposit of $12,000 will be required at time of sale, in cash, certified check, or other form as the Sub. Trustees may determine. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise, and sell the property at the risk of the defaulting purchaser. Should the Sub. Trustees be unable to convey title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Edward S. Cohn, Stephen N. Goldberg, Richard E. Solomon, Richard J. Rogers,
Sub. Trustees
Nov. 25, 28, 30, Dec. 2 & 5

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF a dwelling, which may be destroyed by fire, located at 4427 A St., SE, Washington, DC 20019 under a deed of trust recorded on May 31, 1996 Instrument #34789 in the Land Records of DC, and in accordance with Public Law 90-566 notice filed on Nov. 4, 2005 and at the request of the party secured thereby, the undersigned Substitute Trustee will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 6, 2005 at 11:00 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 107, Square 5350.
TERMS OF SALE: A deposit of $5,000 will be required at time of sale, in cash, certified check,

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 3708 R St., NW Washington, DC 20007, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Apr. 12, 2001 as instrument 34824 and in accordance with PL 90-566 notice filed on Oct. 28, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:21 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 860 in Square 1307, and more particularly described in said Deed of Trust.
TERMS OF SALE: A deposit of $10,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202081.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

TRUSTEE'S SALE of real property known as 7 18th Street, S.E., Unit 104, Washington, D.C. Under deed of trust recorded October 5, 2000, instrument no. 93818 in the Land Records, D.C., and in accordance with Public Law 90-566 notice filed October 27, 2005, as Instrument No. 2005154746 and at the request of the party secured thereby, the undersigned trustee will offer for sale by public auction within the office of Alex Cooper Auctioneers, Inc., 5301 Wisconsin Avenue, N.W., #750, Washington, D.C. on December 1, 2005, at 11:00 a.m. the following described land and premises, situated in D.C. and designated as and being Lot 2004 in Square 1096.
TERMS OF SALE. ALL CASH. A deposit of $4,500.00 will be required at the time of sale in the form of cash, certified check, or other form as the Substitute Trustees determine is acceptable. Interest to be paid on the unpaid purchase price at the Note rate from the date of sale to the date funds are received in the office of the Trustee. In the event seller is delayed for any reason, there shall be no abatement of interest. No deposit shall be required of the noteholder where the noteholder bids in the property at sale. The property is sold in an "AS IS" condition and without any recourse, representations or warranties, either express or implied, as to its nature, condition, description or title to the property. The property is sold subject to any violation notices and subject to all conditions, restrictions, easements, covenants, encumbrances, rights of way and agreements of record affecting the same, if any. Purchaser shall be responsible for obtaining physical possession of the property. Purchaser assumes the risk of damage to the property from the date of sale forward. There shall be no adjustment of taxes, water rent, condominium fees and/or homeowner's association dues, all public charges/assessments payable including sanitary and/or District charges, if applicable, and same are to be assumed by the purchaser. All conveyancing, recording, recordation/transfer tax, etc. at cost of purchaser. Settlement within 30 days from day of sale. Time is of the essence for the purchaser. In the event of default, the deposit shall be forfeited and all expenses of this sale (including attorney's fees and the full commission on the gross sale price of this sale) shall be charged against and paid out of the forfeited deposit. The Trustees may then readvertise and resell the property at the risk and cost of the defaultant purchaser; or, with-

## Trustee Sales(DC)

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 208 35th St., NE Washington, DC 20019, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Jun. 29, 2004 as instrument 90922 and in accordance with PL 90-566 notice filed on Oct. 28, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:12 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 67 in Square 5046-W, and more particularly described in said Deed of Trust.
TERMS OF SALE: A deposit of $11,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 202058.

L. Darren Goldberg,
Substitute Trustee
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEES' SALE OF Real Property located at 2254 Sudbury Rd., NW, Washington, DC 20012 under deed of trust recorded on Apr. 21, 2005 Instrument #55036 in the Land Records, DC, and in accordance with Public Law 90-566 filed on Oct. 28, 2005 and at the request of the party secured thereby, the undersigned Sub. Trustees will offer for sale by public auction within the offices of Alex Cooper Aucts., Inc., 5301 Wisconsin Ave., N.W., #750, Wash., D.C., 202-364-0306, on December 1, 2005 at 10:32 AM the following described land and premises situate in the District of Columbia, and designated as and being Lot 7, Square 2754.
TERMS OF SALE: A deposit of $32,000 in the form of cash, certified check, or in any other form suitable to the Sub. Trustees in their sole discretion, shall be required at the time of sale, except no deposit shall be required of the secured party, its successors or assigns. All other terms of sale to be announced at sale. Settlement within 30 days, otherwise Sub. Trustees reserve the right to forfeit deposit, readvertise and sell the property at the risk of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Should the Trustees be unable to convey good and marketable title, the Sub. Trustees and purchaser(s) agree that the purchaser(s)' sole remedy in law or equity shall be limited to the refund of the deposit. Upon refund of the deposit, the sale shall be void and of no effect.

Howard N. Bierman, Jacob Geesing, Carrie M. Ward, Ralph J. DiPietro, Sub. Trustees
Nov. 21, 23, 25, 28 & 30

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW,#750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 2948 Albemarle St., NW Washington, DC 20008, By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Jul. 28, 1993 as instrument 49257 and in accordance with PL 90-566 notice filed on Oct. 21, 2005, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on December 1, 2005 at 10:09 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 822 in Square 2043, and

## Trustee Sales(DC)

**NATIONAL REO AUCTIONS, INC**
3402 Connecticut Ave., N.W.
Washington, D.C. 20008
202-966-0100

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE RESIDENTIAL DWELLING KNOWN AS: 642 15TH STREET, NE, WASHINGTON, D.C.
By virtue of a Deed of Trust recorded in the land records of the District of Columbia, on October 30, 2001 as Instrument No. 104465 and in accordance with Public Law 90-566 notice filed on October 25, 2005 and at the request of the party secured thereby, the undersigned Trustee/s will offer to sell at public auction, within the office of NATIONAL REO AUCTIONS, INC., 3402 CONNECTICUT AVENUE, NW, WASHINGTON, DC, on December 6, 2005 at 1:15 PM, the land and premises situated in the District of Columbia and designated as and being Lot 804 in Square 1051, and more particularly described in said Deed of Trust.
TERMS OF SALE. ALL CASH. A deposit of $10,000.00 in cash or certified funds will be required at time of sale. Settlement in 30 days. Adjustments of rents, taxes, water, etc. will be made as of date of sale. Purchaser pays interest at the note rate from day of sale to day of settlement. Purchaser assumes all risk of loss following sale. Purchaser pays all conveyance, recording, recordation tax, transfer tax, etc. All other terms and conditions to be announced at time of sale.
Should the substitute trustee be unable to convey good and marketable title, then the substitute trustee and purchaser/s mutually agree that the purchaser/s' sole remedy in law or equity shall be the refund of the deposit to the purchaser/s only. Upon refund of the deposit, the sale shall be void and of no effect. The substitute trustee, his attorneys and/or the note holder shall not be liable individually or otherwise for any matters relating to this sale and/or the property.

RICHARD L. SUGARMAN
Trustee
Nov. 25, 28, 30, Dec. 2, 5, 2005

For Your
Broadsheet
&
Tabloid
Printing Needs
Call
The Washington Times
Commercial
Printing
202
636-3323

## Trustee Sales Fairfax Co.

**NOTICE OF SALE OF REAL PROPERTY PURSUANT TO ASSESSMENT LIEN UNDER § 55-516(I) OF THE VIRGINIA PROPERTY OWNERS' ASSOCIATION ACT**

Pursuant to a Deed of Appointment of Statutory Agent and Trustee pursuant to Va. Code § 55.516(I)(2), and pursuant to § 55-516(I) of the Virginia Property Owners' Association Act, as amended, and pursuant to its Memoranda of Lien for delinquent homeowner assessments which are recorded among the Fairfax County Land Records, the TANNERS CLUSTER ASSOCIATION will offer for sale on December 13, 2005, at public auction to the highest bidder the property described below which is known as:

Lot 26, Block 3-B, Section 50, Reston, as the same appears duly dedicated, platted and recorded in Deed Book 3774, at Page 121, and by Deed of Resubdivision recorded in Deed Book 4006, at Page 608, among the land records of Fairfax County, Virginia.

and is also known as **11933 Barrel Cooper Court, Reston, Virginia 20191**

**The sale will be conducted at the main entrance of the Fairfax County Courthouse located at 4110 Chain Bridge Road, Fairfax, Virginia, on December 13, 2005, at 11:15 a.m.**

Terms of Sale: The sale will be subject to a First Deed of Trust lien in the original principal amount of $108,437.00, recorded on February 26, 1999, at Deed Book 10807, Page 0181; any unpaid real estate taxes; all other senior liens recorded against the property; and any other encumbrances of title. The property will be sold "AS IS." A bidder's non-refundable cash deposit or certified check of $1,500.00 will be required at the time of sale with the balance due at settlement. Sale is subject to terms and conditions of a Memorandum of Sale, to be signed by successful bidder immediately upon the conclusion of sale. Tanners Cluster Association reserves the right to waive or decrease the deposit, recess or cancel the sale at any time, as it, in its sole discretion, deems proper and advisable. Written one-price bids may be made and will be announced at the sale. Settlement is to be conducted within sixty (60) days of the sale date. Inquiries should be directed to Lelia Amiss E. Pape, Substitute Trustee and Tanners Cluster Association, at Rees, Broome & Diaz, P.C., 8133 Leesburg Pike, Ninth Floor, Vienna, Virginia 22182, phone number (703) 790-1911.

This is an attempt to collect a debt, and any information obtained will be used for that purpose.

TANNERS CLUSTER ASSOCIATION
Lelia Amiss E. Pape
Substitute Trustee and Agent
November 23, 28, 30, 2005
December 5 and 7, 2005
AD#10105286