UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN CADET, et al.

    Plaintiffs

v.

DRAPER & GOLDBERG, PLLC, et al

    Defendants

Civil Action No.: 05-2105

## ORDER

Upon consideration of Defendant Draper & Goldberg PLLC's Motion to Dismiss and the Opposition thereto, it is this _____ day of _____ 2006, by the United States District Court for the District of Columbia:

ORDERED that Defendant Draper & Goldberg PLLC's Motion to Dismiss be hereby and is DENIED.

_____
U.S. District Judge

Cc:
John and Yves Cadet
Mark D. Meyer
Draper & Goldberg
Wells Fargo