# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN CADET, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05cv02105 |
| | ) | |
| DRAPER & GOLDBERG, PLLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS WELLS FARGO BANK, N.A.'S, WELLS FARGO HOME MORTGAGE, INC.'S, AND G.E. CAPITAL MORTGAGE SERVICES, INC.'S NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.6(b), Maha Jweied of Arent Fox PLLC hereby withdraws her appearance as counsel for Defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc. (collectively the "Defendants"). Defendants will continue to be represented by Gary C. Tepper (D.C. Bar No. 348698) of Arent Fox PLLC, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036.

Respectfully submitted,

_____/s/ Maha Jweied_____
Gary C. Tepper (D.C. Bar No. 348698)
Maha Jweied (D.C. Bar No. 490852)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
(202) 857-6000

Attorneys for Defendants
Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc.

June 20, 2006

LDR/176308.1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I have this 20th day of June, 2006, caused the foregoing Defendants' Notice

of Withdrawal to be served in accordance with this Court's ECF procedures upon:

> Diane Rosenberg, Esq.
> Mark D. Meyer, Esq.
> ROSENBERG & ASSOCIATES, LLC
> 7910 Woodmont Avenue
> Bethesda, MD  20914
>
> James E. Clarke, Esq.
> Rita Ting Hopper, Esq.
> DRAPER & GOLDBERG, PLLC
> 803 Sycolin Road, Suite 301
> Leesburg, VA  20175

and by first class mail, postage prepaid upon:

> John Cadet
> 3816 4th Street, N.W.
> Washington, DC  20011
>
> Yves Cadet
> 3816 4th Street, N.W.
> Washington, DC  20011

/s/ Maha Jweied