UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN CADET, et al | ) | **APPEARANCE** |
| Plaintiffs | ) | |
| vs. | ) | CASE NUMBER 1:05-cv-02105 TFH |
| DRAPER & GOLDBERG, PLLC et al | ) | |
| Defendant(s) | ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Travis A. Murrell, Esq. as counsel in this case for Plaintiffs, John Cadet and Yves Cadet.

July 31, 2006

  228940_____
BAR IDENTIFICATION

/s/ Travis A. Murrell
Travis A. Murrell, Esq.
1501-11th Street, NW
Washington, DC 20001
(202) 234-6730 Ext 112
(202) 234 6738 Fax

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.