**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN CADET, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-02105 PLF |
| | ) |
| DRAPER & GOLDBERG, PLLC et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to an Order of this Court and local Civil Rule 16.3, the parties did in fact meet, confer and now file this Joint Meet & Confer Statement.

Matters Discussed by the Parties:

1. Discovery should be held in abeyance pending a decision on the Motions to Dismiss now before the Court.

2. Plaintiffs request until September 21, 2006, in which to file their Amended Complaint. Inasmuch as the Court has pending motions to dismiss and oppositions, Plaintiffs request the Court to defer ruling on the motions until after the filing of the amended complaint. Thereafter, the Defendants shall have the opportunity to re-file, amend or withdraw their motions. The Defendants do not oppose this request.

3. The parties do not agree to the case being assigned to a magistrate judge for all purposes including trial.

4. There is, at this time, no realistic possibility of a settlement.

5. The case may benefit from the Court's alternative dispute resolution (ADR) procedures. The parties believe that ADR procedures should take place after the close of discovery and dispositive motions.

6. The parties disagree as to whether the case can be resolved by summary judgment or motion to dismiss.

7. The parties agree that the initial disclosures required by Rule 26(a)(1), Fed. R. Civ. P., shall take place 14 days after the Court rules on all Motions to Dismiss.

8. The parties agree to one hundred and twenty (120) days to complete all discovery after the Court rules on any Motions to Dismiss.

9. The parties do not anticipate the need to modify rule 26(a)(2), Fed .R. Civ. P., covering disclosure of expert testimony.

10. Not Applicable.

11. The parties do not see the need for bifurcation of the trial and/or discovery.

12. The parties proposed that a pretrial date be set upon completion of the ADR procedures.

13. The parties agree that a trial date should be set at the pretrial conference.

14. There are no other matters the parties believe appropriate for inclusion in the scheduling order.

Respectfully submitted,


/s/ Travis A. Murrell
Travis A. Murrell, Esq. (D.C. Bar# 228940)
1501-11th Street, NW
Washington, DC 20001
(202) 234-6730 Ext 112
(202) 234 6738 Fax

/s/ Rita Ting-Hopper
Rita Ting-Hooper (D.C. Bar #481136)
Draper & Goldberg
803 Sycolin Road
Suite 301
Leesburg, VA  20175
(703) 777-7101
(703) 995-4542 Fax

/s/ Mark D. Meyer
Mark D. Meyer (D.C. Bar# 475552)
Rosenberg & Associates, LLC
7910 Woodmont Avenue
Suite 750
Bethesda, MD 20814
(301) 907-8000
(301) 907-8101 Fax

/s/ Gary C. Tepper
Gary C. Tepper (D.C. Bar# 348698)
Arnet Fox, PLLC
1050 Connecticut Ave., NW
Washington DC  20036
(202) 857-8982
(202) 857-6395