UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al., | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| | ) Case No. 1:05-cv-02105 PLF |
| v. | ) |
| | ) |
| | ) |
| DRAPER & GOLDBERG, PLLC, et al., | ) |
| | ) |
|     Defendants | ) |

## NOTICE ENTERING APPEARANCE

Please enter the appearance of Roxanne F. Rosado of Draper & Goldberg, PLLC, as counsel for the Defendant, Draper & Goldberg, PLLC.

    Respectfully submitted,

    DRAPER & GOLDBERG, P.L.L.C.

     /s/ Roxanne F. Rosado_____
    L. Darren Goldberg, # 450336
    James Clarke, #460826
    Rita Ting-Hopper, #481136
    Roxanne F. Rosado, #496053
    803 Sycolin Road, Suite 301
    Leesburg, VA  20175
    703-777-7101
    *Counsel for Draper & Goldberg, PLLC,*
    *David W. Draper, and L. Darren Goldberg*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Notice was mailed, postage prepaid, via first-class mail, or served electronically this 25th day of August, 2006 to:

Travis A. Murrell, Esq.
1501 -11[th] Street, NW
Washington, DC 20001

Mark D. Meyer, Esq.
ROSENBERG & ASSOCIATES, LLC
7910 Woodmont Avenue
Suite 750
Bethesda, Maryland 20814

Gary C. Tepper, Esq.
ARENT FOX, PLLC
1050 Connecticut Ave., NW
Washington, DC 20036

/s/ _Roxanne F. Rosado_____
Roxanne F. Rosado