**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN CADET, et al | ) |
| Plaintiffs | ) |
| vs. | ) CASE NUMBER |
| | 1:05-cv-02105 PLF |
| DRAPER & GOLDBERG, PLLC et al., | ) |
| Defendants | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Diane S. Rosenberg as co-counsel for Defendant Alex Cooper Auctioneers, Inc.

Respectfully Submitted,

ROSENBERG & ASSOCIATES, LLC

/s/ Diane S. Rosenberg
Diane S. Rosenberg, D.C. Bar #435271
7910 Woodmont Ave., Suite 750
Bethesda, Maryland 20814
(301)907-8000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice was mailed by first class mail this 25th day of August 2006 to the following who were not served electronically:

Travis A. Murrell
Gary C. Tepper
L. Darren Goldberg
Rita Ting-Hopper
James E. Clarke
Roxanne F. Rosado

/s/ Diane S. Rosenberg
Diane S. Rosenberg