# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN CADET, et al                        )

      Plaintiffs                    )

      vs.                              )        CASE NUMBER
                                      1:05-cv-02105 PLF

DRAPER & GOLDBERG, PLLC et al.,    )

      Defendants                    )

## STIPULATION OF DISMISSAL AS TO DEFENDANT ALEX COOPER AUCTIONEERS, INC.

Now come the Plaintiffs, John Cadet and Yves Cadet, and Defendant Alex

Cooper Auctioneers, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and

hereby stipulate to the dismissal of this action with prejudice as to Defendant Alex

Cooper Auctioneers, Inc.

Respectfully submitted,

ROSENBERG & ASSOCIATES, LLC

/s/ Travis A. Murrell
Travis A. Murrell, Esq. (D.C. Bar # 228940)
1501-11th Street, NW
Washington, DC 20001
(202) 234-6730 Ext 112
(202) 234 6738 Fax
Counsel for the Plaintiffs

/s/ Mark D. Meyer
Mark D. Meyer, D.C. Bar #435271
7910 Woodmont Ave., Suite 750
Bethesda, Maryland 20814
(301)907-8000
Attorney for Defendant Alex Cooper Auctioneers, Inc.