UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DRAPER & GOLDBERG, PLLC, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05cv02105 |

**DEFENDANTS WELLS FARGO BANK, N.A.'S, WELLS FARGO HOME MORTGAGE, INC.'S, AND G.E. CAPITAL MORTGAGE SERVICES, INC.'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc. (collectively, "Wells Fargo") and G.E. Capital Mortgage Services, Inc. ("G.E.") hereby move, pursuant to Rule 12(b)(6), Fed. R. Civ. P., for an order dismissing the Amended Complaint of Plaintiffs John Cadet and Yves Cadet as to Wells Fargo and G.E. As Wells Fargo's and G.E.'s Memorandum in Support explains in further detail, the Amended Complaint sets forth no claim for relief against Wells Fargo and G.E. A proposed order is submitted herewith.

Respectfully submitted,

/s/ Gary C. Tepper
Gary C. Tepper (D.C. Bar No. 348698)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
(202) 857-6000

Attorneys for Defendants
Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc.
and G.E. Capital Mortgage Services, Inc.

October 23, 2006

## CERTIFICATE OF SERVICE

I certify that I have this 23rd day of October 2006, caused the foregoing Defendants' Motion to Dismiss Amended Complaint to be served by mail, first class, postage prepaid, upon:

>Travis A. Murrell, Esq.
>1501 11th St., NW,
>Washington, DC 20011
>
>Diane Rosenberg, Esq.
>Mark D. Meyer, Esq.
>ROSENBERG & ASSOCIATES, LLC
>7910 Woodmont Avenue
>Bethesda, MD 20914
>
>L. Darren Goldberg, Esq.
>Rita Ting Hopper, Esq.
>David McPherson, Esq.
>DRAPER & GOLDBERG, PLLC
>803 Sycolin Road, Suite 301
>Leesburg, VA 20175

          /s/ Gary C. Tepper