**EXHIBIT A**

**ALEX COOPER AUCTS., INC.**
5301 WISCONSIN AVE. NW, #750
WASH., DC 202-364-0306
WWW.ALEXCOOPER.COM

SUBSTITUTE TRUSTEE'S SALE OF VALUABLE property known as 2948 Albemarle St, NW Washington, DC 20008. By virtue of a Deed of Trust recorded in the Land Records of the District of Columbia, on Jul. 28, 1993 as Instrument 49257 and in accordance with P.L. 90-566 notice filed on Jun. 10, 2004, and at the request of the party secured thereby, the undersigned Sub. Trustee will offer to sell at public auction within the offices of ALEX COOPER AUCTS., INC., 5301 WISCONSIN AVE., N.W., SUITE 750, Washington, D.C., Phone 202-364-0306, on July 15, 2004 at 10:30 AM, the land and premises situated in the District of Columbia, and designated as and being Lot 822 in Square 2043, and more particularly described in said Deed of Trust.

TERMS OF SALE: A deposit of $30,000 will be required at time of sale in cash or certified funds, except from secured party. Property sold in "AS IS" condition. Subject to liens of record. Conveyance by special warranty deed. Settlement in 30 days. If Sub. Trustee cannot convey insurable title, purchaser's sole remedy is return of deposit. Additional sale terms announced at sale. Sub. Trustee's File No. 53876.
L. Darren Goldberg,
Substitute Trustee
Jul. 5, 7, 9, 12 & 14