

Joseph A. Cooper
Jon H. Levinson
Jamey A. Levinson



Larry E. Cooper
Paul R. Cooper
Brian T. Cooper

## MEMORANDUM OF SALE
### FOR THE LAW OFFICE OF DRAPER & GOLDBERG, PLLC

In addition to the terms published with the legal advertisement of this sale, the following terms have been read by the auctioneer or trustee(s) at the time of sale before bidding:

1. The property is sold "as is" subject to all easements, liens, covenants, restrictions of record. The trustee(s) will not sign loan documents in which he makes any warranty with regard to the property.

2. Interest will be paid on the balance of the purchase price (amount of bid minus amount of deposit) at the rate of interest in the note per annum from the date of sale to the date funds are received in the office of the Substitute Trustee(s).

3. All adjustments for taxes, water and sewer and other municipal charges pertaining to the property, however, not to exceed an adjustment of $500 against the Substitute Trustees, are made as of the date of the sale. However, if the property is a condominium, the property is being sold subject to any common expense assessments that may take priority over the foreclosed security instrument pursuant to § 42-1903.13 of the District of Columbia Code.

4. The risk of loss passes to the purchaser at the time of sale.

5. If the trustee is unable to convey insurable title for any reason, the sole remedy of the purchaser is the return of the deposit. Reasons for such inability to convey title include but are not limited to, the filing of a bankruptcy petition prior to the sale and reinstatement of the loan without the knowledge of the Trustee(s).

6. Settlement must be within 30 days of the sale date. Time is of the essence. If settlement does not occur within this time period, the deposit may be forfeit, and/or the Trustee may avail themselves of all other legal or equitable rights against the defaulting purchaser.

7. All sales are for cash.

8. All recordation taxes and fees, costs of all documents, and all other costs of settlement are to be borne by the purchaser.

9. Settlement may be at the offices of the Trustee(s) or anywhere else. Trustee(s) need not attend. All courier and express mail charges will be those of the purchaser.

10. The purchaser must sign this memorandum of sale as his/her understanding of its terms and to evidence his/her agreement to comply fully with its terms.

11. Purchaser agrees to pay $275.00 at settlement, to Trustee's attorney, for review of the settlement documents.

THESE TERMS HAVE BEEN ANNOUNCED AT SALE BY THE TRUSTEE(S). THE PURCHASER HAS READ THESE TERMS AND THE TERMS STATED IN THE PUBLISHED SALE NOTICE AND AGREES TO ABIDE BY THEM.

_____
Trustee(s)

2748 Albemarle St NW     7/15/05 10:30
Property Address            Date/Time of Auction

_____
Purchaser

_____
Purchaser

Baltimore
908 York Road
Towson, MD 21204
410-828-4838 phone
410-828-0875 general fax
410-828-9348 real estate fax

Since 1924

Washington
5301 Wisconsin Ave. NW Suite 750
Washington, DC 20015
phone 202-364-0306
out of state 800-272-3145
fax 202-364-0325