UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 1:05-cv-02105 PLF |
| | ) |
| DRAPER & GOLDBERG, PLLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE ENTERING APPEARANCE**

Please enter the appearance of David M. McPherson of Draper & Goldberg, PLLC, as counsel for Defendant, Draper & Goldberg, PLLC.

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

　　　/s/ David M. McPherson
L. Darren Goldberg, #450336
James Clarke, #460826
Rita Ting-Hopper, #481136
Roxanne F. Rosado, #496053
David M. McPherson, # 488358
803 Sycolin Road, Suite 301
Leesburg, VA  20175
703-777-7101
*Counsel for Draper & Goldberg, PLLC,
David W. Draper, and L. Darren Goldberg*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice Entering Appearance was mailed, postage prepaid, via first-class mail, or served electronically this 23rd day of October 2006, as follows:

Travis A. Murrell
Attorney at Law
1501 11th St., NW
Washington, DC  20001

Mark D. Meyer, Esq.
ROSENBERG & ASSOCIATES, LLC
7910 Woodmont Ave., Ste. 750
Bethesda, MD  20814

Gary C. Tepper, Esq.
ARENT FOX, PLLC
1050 Connecticut Ave., NW
Washington, DC  20036


/s/ David M. McPherson
David M. McPherson