UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 1:05-cv-02105 PLF |
| | ) |
| DRAPER & GOLDBERG, PLLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

UPON consideration of the Plaintiffs' Amended Complaint, and the Defendants Draper & Goldberg, PLLC, L. Darren Goldberg, and David W. Draper, Jr.'s Motion to Dismiss filed in opposition to said Complaint, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendants' Motion to Dismiss is GRANTED and the Plaintiffs' Amended Complaint is DISMISSED, with prejudice, as to the Defendants Draper & Goldberg, PLLC, L. Darren Goldberg, and David W. Draper, Jr.

_____
Judge, U.S. District Court for the District of Columbia

Copies to:

Darren Goldberg
David McPherson
803 Sycolin Rd, Ste 301
Leesburg, VA  20175

Gary C. Tepper
Arent Fox PLLC
1050 Connecticut Ave, N.W.
Washington, DC  20036

Travis A. Murrell
1501 11th Street NW
Washington, DC  20011

Diane Rosenberg
Mark D. Meyer
Rosenberg & Associates, LLC
7910 Woodmont Avenue
Bethesda, MD  20914