UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05cv02105 |
| | ) |
| DRAPER & GOLDBERG, PLLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF JOSHUA A. FOWKES

PLEASE TAKE NOTE that Joshua A. Fowkes, an attorney in good standing of the Bar of this Court, hereby enters this appearance pursuant to Rule 83.6(a) as additional counsel for Defendants Wells Fargo Bank, N.A. (for itself and as successor to Wells Fargo Home Mortgage, Inc.) and G.E. Capital Mortgage Services, Inc. in the above-captioned case.

Respectfully submitted,

/s/ *Joshua A. Fowkes*
Gary C. Tepper (D.C. Bar No. 348698)
Joshua A. Fowkes (D.C. Bar No. 494700)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
Tel. 202-857-6000
Fax 202-857-6395
Attorneys for Defendants
Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc., and G.E. Capital Mortgage Services, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv02105 |
| ) | |
| DRAPER & GOLDBERG, PLLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that I have this 15th day of November, 2006, caused the foregoing Notice of Appearance be served via ECF upon:

>Travis A. Murrell, Esq.
>1501 11th St., N.W.
>Washington, DC 20011
>
>Diane Rosenberg, Esq.
>Mark D. Meyer, Esq.
>ROSENBERG & ASSOCIATES, LLC
>7910 Woodmont Avenue
>Bethesda, MD 20914
>
>L. Darren Goldberg, Esq.
>Rita Ting Hopper, Esq.
>David McPherson, Esq.
>DRAPER & GOLDBERG, PLLC
>803 Sycolin Road, Suite 301
>Leesburg, VA 20175

/s/ *Joshua A. Fowkes*