UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN CADET, et al.,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>DRAPER & GOLDBERG, PLLC, et al.,<br><br>　　Defendants. | Civil Action No.  05-2105 (JDB) |

### ORDER

Upon consideration of [21] the motion to dismiss by defendants Wells Fargo Home Mortgage, Inc., Wells Fargo Bank, N.A., and G.E. Capital Mortgage Services and [23] the motion to dismiss by defendant Draper & Goldberg, PLLC, and the oppositions and replies thereto, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 28th day of September, 2007, hereby

**ORDERED** that defendants' motions to dismiss are **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.  This is a final appealable Order.  See Fed. R. App. P. 4(a).

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   September 28, 2007